UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.  **ORDER**
    Criminal File No. 09-193 (MJD/AJB)

(2) ABBY RAE COLE,

    Defendant.

Gregory G. Brooker, Assistant United States Attorney, Counsel for Plaintiff.

Lauren Weil Solomon, Counsel for Defendant Abby Rae Cole.

This matter is before the Court on Defendant's Request for Hearing on Writ of Garnishment and for Change of Venue for Hearing. [Docket No. 417]

The Government commenced a writ of garnishment action pursuant to the Federal Debt Collection Procedures Act. 28 U.S.C. § 3004(b)(2) provides: "If the debtor so requests, within 20 days after receiving the notice described in section 3101(d) or 3202(b), the action or proceeding in which the writ, order, or judgment was issued shall be transferred to the district court for the district in which the debtor resides." Defendant filed a timely request to transfer the garnishment

matter to the United States District Court for the Northern District of Illinois.

The Government does not oppose the request to transfer venue. [Docket No. 423]

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

> Defendant's Request for Hearing on Writ of Garnishment and for Change of Venue for Hearing [Docket No. 417] is **GRANTED** as follows: The garnishment matter is **TRANSFERRED** to the United States District Court for the Northern District of Illinois and all pleadings already filed in regards to the garnishment action [Docket Nos. 412, 414-415, 417, 419-423] are transferred as well.

Dated: December 30, 2015         s/ Michael J. Davis
                                 Michael J. Davis
                                 United States District Court